IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORRISVILLE PHARMACY, INC., <br> Plaintiff, <br> v. <br> HARTFORD CASUALTY <br> INSURANCE CO., <br> Defendant. | CIVIL NO. 09-CV-02868 |

ORDER

**AND NOW**, this 28th day of October, 2010, upon review of Defendant's Motion for Summary Judgment [Doc. No. 24], Plaintiff's Response [Doc. No. 26], Defendant's Reply [Doc. No. 31], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's claims are **DISMISSED** with prejudice.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
**CYNTHIA M. RUFE**